IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>WC 4811 SOUTH CONGRESS, LLC[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-11105-tmd |
| WC 4811 SOUTH CONGRESS, LLC<br>          Plaintiff,<br><br>v.<br><br>4811 SOCO, LP<br>          Defendant. | Adv. Proc. No. 20-[●] |

**NOTICE OF REMOVAL**

TO THE U.S. BANKRUPTCY CLERK:

Pursuant to 28 U.S.C. § 1452(a), Federal Rule of Bankruptcy Procedure 9027, and Local Rule 9027(b), Defendant 4811 SoCo LP (the "Lender") hereby removes the above-captioned civil action, and all claims and causes of action therein, from the 250th Judicial District Court of Travis County, Texas, to the United States Bankruptcy Court for the Western District of Texas, Austin Division (this "Court").

**I. JURISDICTION AND BASIS FOR REMOVAL**

1. On August 31, 2020, WC 4811 Congress, LLC (the "Plaintiff" or "Debtor") and Affiliated Commercial Services, Inc. ("ACS") filed a civil action (the "State Court Action") against the Lender and Bancorpsouth Bank ("Bancorp"), which was assigned to the 250th Judicial

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: WC 4811 South Congress, LLC (0420).

#6243988

District Court of Travis County, Cause No. D-1-GN-20-004507. The Debtor's action alleges that the Lender is in breach of the loan agreements at issue in the bankruptcy case. Further, the Debtor alleges that the Lender committed fraud by "secretly working with" the predecessor lender "to use confidential information on the terms of the loan between the parties to effectuate a loan sale." *See* Petition, No. D-1-GN-20-004507, at ¶ 18.

2. On September 8, 2020, the Debtor nonsuited Bancorp and on September 10, 2020, ACS nonsuited both defendants. The Lender and the Debtor are now the only parties to the State Court Action, which is styled *WC 4811 South Congress, LLC, v. 4811 SoCo, LP*. The Lender answered the Debtor's petition on September 21, 2020.

3. On October 6, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the case styled *In re WC 4811 South Congress LLC*, No. 20-11105-tmd.

4. Removal of the State Court Action is proper under 28 U.S.C. § 1452. The section provides, in relevant part:

> A party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power, to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title.

28 U.S.C. § 1452(a). The State Court Action is a qualifying civil action, and the filing of the Debtor's chapter 11 case gave the U.S. District Court for the Western District of Texas jurisdiction over all civil proceedings "arising under title 11, or arising in or related to [the Debtor's case] under title 11." 28 U.S.C. § 1334(b).

5. This Court has jurisdiction over the State Court Action because the proceedings are related to and arise in the Debtor's bankruptcy case. The State Court Action is a core proceeding under 28 U.S.C. § 157(b)(2).

6. Venue is proper under 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027 because this district encompasses the court where the State Court Action is pending. Local Rule 9027(b)(1) specifies that a notice of removal under 28 U.S.C. § 1452(a) should be filed with the Clerk of the Bankruptcy Court. The Lender consents to the entry of final orders or judgment by this Court upon removal.

7. All pleadings, process, orders, and other filings in the State Court Action have been filed as exhibits to this Notice of Removal, according to Bankruptcy Rule 9027(a) and Local Rule 9027(b)(2). Notice will be served on the Debtor through its counsel of record and will be filed with the Clerk of the State Court.

8. This Notice of Removal is timely under Federal Rule of Bankruptcy Procedure 9027(a)(2) because it is filed with this Court within (90) days of the order of relief.

Dated: October 9, 2020          Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ Jason G. Cohen*
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewell.com
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Christopher L. Dodson
Texas Bar No. 24050519
Chris.Dodson@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

*Counsel for 4811 SoCo, LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served (i) electronically on the parties registered to receive notice through the court's ECF noticing system on October 9, 2020; and (ii) via electronic mail where available, otherwise by regular U.S. mail, postage prepaid, on the parties listed on the attached Master Service List on October 9, 2020.

                                                    */s/ Jason G. Cohen*
                                                      Jason G. Cohen

WC 4811 S. Congress LLC
814 Lavaca St.
Austin, TX 78701

Civil & Environmental Consultants, Inc.
PO Box 644246
Pittsburgh, PA 15264

City of Austin
PO Box 2267
Austin, TX 78783

Inoca Holdco II LLC
PO Box 19407
Austin, TX 78760

Allworks Landscaping
127 Merrywood Lane
San Marcos, TX 78666

Texas Gas Service
PO Box 209298
Austin, TX 78720

Cupertino Builders, LLC
811 E. 11th St, Ste. 206
Austin, Texas 78702

Westlake Industries, LLC
11500 Metric Blvd
Austin, Texas 78758

Texas Income Property LLC
400 W. St. Elmo Rd.
Austin, TX 78745

Texas Disposal Systems
PO Box 17126
Austin, TX 78760

4811 Soco, LP
2726 Bissonnett Street, #240-244
Houston, TX 77005-1352

4811 Soco, LP

c/o Christopher Dodson
Bracewell
711 Lousiana Street, Suite 2300
Houston, TX 770002

McElwee & Scroggs, LLC
4917 South Congress Avenue
Austin, TX 78745

SoCo Partyland
4913 South Congress Avenue
Austin, TX 78745