CAUSE NO. D-1-GN-20-004507

| WC 4811 SOUTH CONGRESS, LLC | IN THE DISTRICT COURT OF |
| *Plaintiff,* | |
| v. | TRAVIS COUNTY, TEXAS |
| 4811 SOCO, LP | 250TH JUDICIAL DISTRICT |
| *Defendant.* | |

| Tab | Date | Document |
|---|---|---|
| 1 | 08/31/2020 | Original Petition and Application for Temporary Restraining Order |
| 2 | 08/31/2020 | Temporary Restraining Order |
| 3 | 09/01/2020 | Notice of Hearing on Application for Temporary Restraining Order |
| 4 | 09/03/2020 | Motion to Dismiss by BancorpSouth Bank |
| 5 | 09/07/2020 | Notice of Nonsuit – Affiliated Commercial Services Inc. |
| 6 | 09/07/2020 | Notice of Nonsuit – BancorpSouth Bank |
| 7 | 09/09/2020 | Response in Opposition to Plaintiff's Application for Temporary Injunction |
| 8 | 09/09/2020 | Business Records Affidavit |
| 9 | 09/09/2020 | Proposed Temporary Injunction |
| 10 | 09/15/2020 | Order Denying Application for Temporary Injunction |
| 11 | 09/16/2020 | Notice of Deposition - Dickerson |
| 12 | 09/16/2020 | Notice of Deposition - LyBrand |
| 13 | 09/16/2020 | Notice of Deposition - Marburger |

#6244487

| | | |
|---|---|---|
| 14 | 09/16/2020 | Notice of Deposition – NewQuest Properties |
| 15 | 09/18/2020 | Motion to Quash Plaintiff's Deposition Notices |
| 16 | 09/21/2020 | Answer to Petition |
| 17 | 09/21/2020 | Plaintiffs' Notice of Deposition - Hardeman |
| 18 | 09/21/2020 | Plaintiffs' Notice of Deposition - Dickerson |
| 19 | 09/21/2020 | Plaintiffs' Notice of Deposition - Weiss |
| 20 | 09/23/2020 | Nonparty Hardeman's Motion to Quash |
| 21 | 09/28/2020 | Notice of Hearing on Hardeman's Motion to Quash |