**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 17, 2021.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| WC 4811 SOUTH CONGRESS LLC, | Case No. 20-11105-tmd |
| Debtor. | |

**ORDER GRANTING 4811 SOCO, LP'S MOTION TO DISMISS
PURSUANT TO 11 U.S.C. § 1112(b)**

Upon consideration of *4811 SoCo, LP's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b)* (the "Motion"),[1] and the Court having found that good and sufficient cause exists for entering this Order, **IT IS HEREBY ORDERED THAT**:

1. The Debtor's Bankruptcy Case is dismissed pursuant to section 1112(b) of the Bankruptcy Code.

---

[1] Terms capitalized but not defined herein shall have the meaning ascribed to them in the Motion.

#8052531.2

2. Debtor shall pay the United States Trustee the fees owed pursuant to 28 U.S.C. § 1930 and file all reports due pursuant to Rule 2015(a)(5) and Local Rule 2015(b). The report for May 2021 is due no later than June 20, 2021. The quarterly fees for the second quarter of 2021 are due no later than July 31, 2021. Quarterly fees shall continue to accrue and reports will be required for any period of time until the case is closed, dismissed, or converted.

###

#8052531.2